```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 04729
    KAREN L STRANGE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-9074


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 05/13/05 and confirmed on 09/02/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  19980.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| VILLA PARK TRUST & SVGS | NOTICE ONLY | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 9470.15 | .00 | 2513.31 |
| BECKET & LEE LLP | UNSECURED | 8845.63 | .00 | 2347.57 |
| BECKET & LEE LLP | UNSECURED | 12650.21 | .00 | 3357.28 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9455.81 | .00 | 2509.50 |
| CAPITAL ONE BANK | UNSECURED | 1935.25 | .00 | 513.60 |
| SMC | UNSECURED | 1130.72 | .00 | 300.09 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9362.71 | .00 | 2484.80 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 655.32 | .00 | 173.92 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2389.97 | .00 | 634.28 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 496.12 | .00 | 131.67 |
| SEARS BKRUPTCY RCVRY MCM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9989.98 | .00 | 2651.27 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 66381.87 | .00 | 66381.87 |

```
PRINCIPAL PAID                    .00           .00      17617.29           .00      17617.29
INTEREST PAID                     .00           .00           .00           .00           .00
TOTAL PAID                        .00           .00      17617.29           .00      17617.29
```

The Debtor's attorney, STEVEN H MEVORAH & ASSOC     , was allowed $   1500.00 and was paid $    1500.00 .

The Trustee received $     862.71 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE